IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAHEED TAALIB'DIN MADYUN,                                  ORDER

                        Plaintiff,                                     08-cv-32-bbc

    v.

LT. KUSTER;
LT. KIRBY LINJER; and
JOHN DOE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendants have moved to stay the May 16, 2008 deadline for filing motions for summary judgment in this case. They note that the court has not yet ruled on defendants' motion for partial summary judgment seeking dismissal of two of plaintiff's three claims for his failure to exhaust his administrative remedies, and argue that it would be improper for the court to consider those claims on the merits without first ruling on the exhaustion issue. Although defendants do not explain why they cannot move for summary judgment at least with respect to the claim on which they concede plaintiff has exhausted, I will grant their motion in part. The deadline for filing dispositive motions will be extended two weeks, to May 30, 2008. It is this court's intention to make every effort before that time to decide the pending motion for partial summary judgment on the question whether plaintiff has

exhausted his administrative remedies with respect to his claims that he was assaulted by defendants Kuster and Linjer in February 2002, and that defendant Kuster confiscated his watch in retaliation for plaintiff's work as a jailhouse lawyer and his complaints about prison conditions.

ORDER

IT IS ORDERED that defendants' motion for a stay of the dispositive motions deadline in this case is GRANTED in part. The deadline is extended to May 30, 2008.

Entered this 15th day of May, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge