IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAHEED TAALIB'DIN MADYUN,                                                ORDER

                          Plaintiff,                                                08-cv-32-bbc

     v.

LT. KUSTER;
LT. KIRBY LINJER; and
JOHN DOE,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has filed a motion to use release account funds to pay appellate filing fees. Because there is no appeal pending in this case, plaintiff's motion will be denied as premature.

ORDER

IT IS ORDERED that plaintiff's motion to use release account funds to pay appellate

filing fees is DENIED as premature.

Entered this 17th day of June, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge