IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| SHAHEED TAALIB'DIN MADYUN, | ORDER |
| Plaintiff, | 08-cv-32-bbc |
| v. | |
| LT. KIRBY LINJER, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff has filed a letter dated July 29, 2008, asking that the $455 fee he paid in this case for filing an appeal from a non-final order be applied instead to the fee he owes for filing an appeal from the final judgment in <u>Madyun v. Pollard</u>, 08-cv-34-bbc. That request will be denied. The fee plaintiff paid in this case for filing an improvident notice of appeal has been applied already to this case. It is too late for plaintiff to designate the fee to pay the cost of another of his several appeals.

ORDER

IT IS ORDERED that plaintiff's request that the $455 fee he paid in this case for

filing an appeal be applied to another of his appeals is DENIED.

Entered this 4th day of August, 2008.

                          BY THE COURT:

                          /s/

                        _____
                        BARBARA B. CRABB
                        District Judge