# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

SHAHEED TAALIB'DAN MADYUN,

      Plaintiff,

  v.

LT. KIRBY LINJER,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-032-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Pursuant to verdict of the jury, this case is dismissed against defendant with prejudice.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____10/23/08_____
Date