IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| SHAHEED TAALIB'DIN MADYUN, | ORDER |
| Plaintiff, | 08-cv-32-bbc |
| v. | |
| LT. KIRBY LINJER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has asked for transcripts of the closing arguments and opening statements in the trial of this case. The request is GRANTED. The court reporter is directed to prepare the transcripts of the statements and arguments.

Entered this 17th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1